Court for permission to file briefs amicus curiae, to be filed no later than April 2, 2009. Court of Appeals No. 282579.

PEOPLE V IDZIAK, No. 137301. The parties shall include among the issues to be briefed: (1) whether the Parole Board is required to compute a new parole eligibility date for inmates who commit new criminal offenses while on parole, by exercising its discretion to determine what is the "remaining portion" of the sentence for the previous offense (see MCL 768.7a[2]; *Wayne Co Prosecutor v Department of Corrections,* 451 Mich 569 [1996]); (2) if so, whether this requirement is satisfied by a Michigan Department of Corrections (MDOC) policy to automatically begin the new sentence as of the date of the most recent sentencing, minus any days of jail credit awarded by the trial court; (3) whether (a) the judiciary is precluded from reviewing such a decision by the MDOC under *Warda v Flushing City Council,* 472 Mich 326, 333 (2005), or (b) the decision can constitute a violation of a defendant's right to due process or equal protection under the law; and (4) whether a trial court is authorized, required, or not authorized to award jail credit to parolees under MCL 769.11b.

The Clerk of the Court is directed to place this case on the April 2009 session calendar for argument and submission. Appellant's brief and appendix must be filed no later than March 2, 2009, and appellee's brief and appendix, if appellee chooses to submit an appendix, must be filed no later than March 27, 2009.

We invite the Attorney General to respond on behalf of the MDOC. The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae, to be filed no later than April 2, 2009. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae, to be filed no later than April 2, 2009. Court of Appeals No. 285975.

*Summary Disposition January 30, 2009:*

JACOBSON V NORFOLK DEVELOPMENT CORPORATION, Nos. 136586 and 136588. On order of the Court, the motion for postponement of decision is denied as moot. The motion for sanctions is granted. The defendant is awarded costs and attorney fees pursuant to MCR 7.216(C)(1), as there was no reasonable basis for belief that there was a meritorious issue to be determined on appeal. We remand this case to the Washtenaw Circuit Court for a determination of actual damages. MCR 7.216(C)(2). Plaintiff Frank Jacobson is barred from submitting additional filings in this Court in non-criminal matters, aside from this case, until he offers proof that he has paid all outstanding court-imposed sanctions. Court of Appeals Nos. 281587 and 283361.